IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>CHRISTIAN MORALES-PAGAN<br>Defendant | CRIMINAL 09-0231CCC |

# O R D E R

Having considered the Report and Recommendation filed on June 18, 2009 (**docket entry 8**) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Marcos E. Lopez on July 13, 2009, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 8, 2009. **The sentencing hearing is set for October 8, 2009 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on July 23, 2009.

S/CARMEN CONSUELO CEREZO
United States District Judge